# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:16-po-00444 SAB |
|---|---|
| Plaintiff, | ) **DEFENDANT'S STATUS REPORT ON** |
| v. | ) **UNSUPERVISED PROBATION** |
| GERALDINE RUTLEDGE, | ) |
| Defendant. | ) |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Taking Possession of, Occupying, or Otherwise Using National Forest Service Land for Residential Purposes without Authorization, in violation of 36 CFR 261.10(b) |
| **Sentence Date:** | December 8, 2016 |
| **Review Hearing Date:** | May 18, 2017 |
| **Probation Expires On:** | June 8, 2017 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $40 (processing fee and special assessment)

☒ Other Conditions: Complete 30 hours community service (Proof of Completion is Attachec)

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Michael Tierney*

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/18/2017 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 5/2/2017               */s/ Megan Hopkins*
                                     DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED. The Court orders that the Review Hearing be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated: **May 11, 2017**
                                            UNITED STATES MAGISTRATE JUDGE